UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIDAS INTERNATIONAL CORPORATION

Plaintiff,

-vs-

ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,

Defendants.

CA 05 504

C.A. No. 05-

**RULE 7.1 STATEMENT OF MIDAS INTERNATIONAL CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Midas International Corporation hereby states that its parent corporation is Midas, Inc. and that there is no other publicly held corporation that owns 10% or more of its stock.

Dated: December 2, 2005

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

Richard M. Gilbert
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
(617) 482-0600
Fax: (617) 482-0604

*Attorneys for Plaintiff*
*Midas International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2d day of December, 2005, a true copy of the above document was served by hand delivery/~~first-class U.S. mail, postage prepaid~~, on the following:

Antonelli Holding Company
5601 Post Road
East Greenwich, RI 02818

Christopher Antonelli
5601 Post Road
East Greenwich, RI 02818

Cynthia Antonelli
5601 Post Road
East Greenwich, RI 02818

[signature]

361056_1.doc