AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

MIDAS INTERNATIONAL CORP.

V.

ANTONELLI HOLDING COMPANY
CHRISTOPHER ANTONELLI and
CYNTHIA ANTONELLI

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 504T

TO: (Name and address of defendant)

CYNTHIA ANTONELLI
5601 Post Road
East Greenwich, RI 02818

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Wollin, Esq.
Acler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

12-2-05

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 2 December 2005 |
|---|---|
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other *(specify)*: Served on authorized agent for service Christopher Antonelli

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2 December 2005
Date

George R Clark, Constable #6025
*Signature of Server*

8 Wisconsin Rd., Johnston, RI 02919
*Address of Server*

DISTRICT OF RHODE ISLAND
DISTRICT COURT

2005 DEC -7 A 11:04

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.