UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIDAS INTERNATIONAL CORPORATION

Plaintiff,

Vs.

ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI

Defendants.

C.A. No.: 05-504 T

**ENTRY OF APPEARANCE**

Lawrence L. Goldberg of 92 Jefferson Boulevard, Warwick, Rhode Island 02888 hereby enters his appearance on behalf of Defendants Antonelli Holding Company, Christopher Antonelli, and Cynthia Antonelli.

12/16/05

Lawrence L. Goldberg, Esquire (#1491)
Lawrence L. Goldberg Law Associates
92 Jefferson Boulevard
Warwick, R.I. 02888
(401) 941-5770
(401) 781-2434 (facsimile)

**CERTIFICATION**

I hereby certify that on this 16th day of December, 2005, I mailed a true copy of the within Entry of Appearance, U.S. mail, first-class, postage prepaid, to Attorney David Wollin, Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, R.I. 02903.

Kayleigh M. Carvalho