UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION<br>Plaintiff,<br><br>-vs-<br><br>ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,<br><br>Defendants. | C.A. No. 05-504 T |

**STIPULATION AND CONSENT MOTION FOR EXTENSION**

Plaintiff Midas International Corporation ("Midas") and Defendants Antonelli Holding Company, Christopher Antonelli and Cynthia Antonelli ("Defendants") hereby stipulate and agree, pursuant to Local Rule 22(a), that Defendants may have until January 25, 2006 to answer or otherwise respond to the Verified Complaint.

Defendants also move for an extension of time, until January 25, 2006, to respond to Midas' motion for preliminary injunction. Concurrently with the filing of this consent motion, Midas and Defendants are submitting to the Court a proposed, agreed-upon preliminary injunction order resolving many of the issues raised by Midas' motion. Midas consents to the extension of time based on the proposed, agreed-upon preliminary injunction order being entered by the Court.

Dated: December 20, 2005

Respectfully submitted,

David A. Wollin

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

Richard M. Gilbert
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
(617) 482-0600
Fax: (617) 482-0604

*Attorneys for Plaintiff*

Lawrence Goldberg /DAW

Lawrence Goldberg, #1491
96 Jefferson Blvd.
Warwick, RI 02888
Tel: 401-941-5770

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2005, a true copy of the above document was served by ~~hand-delivery~~/first-class U.S. mail, postage prepaid, on the following:

Lawrence Goldberg, Esq.
96 Jefferson Blvd.
Warwick, RI 02888

*365186_1.doc*