UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION<br><br>Plaintiff,<br><br>-vs-<br><br>ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,<br><br>Defendants. | C.A. No. 05-504 T |

**PRELIMINARY INJUNCTION ORDER**

Upon the Verified Complaint in this action and the papers filed by Plaintiff Midas International Corporation ("Midas") in support of its motion for a preliminary injunction, and upon Defendants' agreement to the terms and conditions set forth below, and it appearing that immediate and irreparable injury will result to Midas if injunctive relief is not granted in the form of damage to Midas' proprietary marks, it is hereby

ORDERED that defendants, their officers, agents, servants, attorneys, employees and all those in active concert or participation with them or any of them, be and hereby are enjoined pending the trial of this matter from:

(1) using Midas' proprietary marks including the trademark "Midas" and all other trade names, trademarks, service marks and/or trade dress associated with Midas and from representing or claiming that they are directly or indirectly affiliated with Midas or any of its subsidiaries or affiliates or that any products are genuine Midas parts subject to any Midas guarantees, provided, however, that defendants may tell customers who ask what brand a part is

that the part is a Midas branded part, if it is, in fact, a Midas branded part, and defendants must also tell such customers that defendants are no longer a franchisee of Midas and that the Midas branded part sold by defendants is not covered by a Midas guarantee;

(2) misappropriating, using, duplicating or disclosing any of Midas' proprietary information, confidential information and/or trade secrets; and it is hereby further

ORDERED that, on or before 5:00 p.m. on December 20, 2005, defendants shall:

(1) effect the removal of all signs or other indicia from the former Midas shop at 5601 Post Road, East Greenwich, Rhode Island ("the Shop"), to the extent defendants possess rights of access to the Shop, containing any of Midas' proprietary marks including but not limited to removing the sign affixed to the Shop's façade and the sign on the top of the exterior pole;

(2) take such action as necessary to cancel any assumed name or equivalent registration previously established and/or filed by them that contains the name "Midas" or any other trade name, trademark, or service mark of Midas and to assign or transfer the telephone number 401-885-5115 to Midas (with Midas undertaking to instruct its customer support center to use reasonable efforts to refer any calls to said number received for Mid-State Tire to 401-884-7600 for a period of 90 days from the date of this order) pending the trial of this matter; and

(3) make available for delivery to Midas' attorneys, Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903 (Attn: David A. Wollin, Esq. ), to be held pending the trial of this matter, any and all materials received from Midas by virtue of defendants' franchise agreement with Midas or provided for use in the operation of the Shop, including all manuals, marketing materials, plans and specifications, designs, records, data, samples, models, programs, handbooks and drawings, guarantee cards, and any other material

containing information regarding or relating to Midas' proprietary information, confidential information and/or trade secrets, operating instructions, or business practices; and it is hereby further

ORDERED that, pending the trial of this matter, defendants shall provide Midas with reasonable access to the Shop by appointment upon reasonable notice, to the extent defendants possess rights of access to the Shop, for the purpose of verifying defendants' compliance with this Order, and it is hereby further

ORDERED that, in the event defendants lose rights of access to the Shop, defendants will immediately notify Midas' attorneys, orally and in writing, via hand delivery or overnight delivery, of such loss or access; and it is further

ORDERED that nothing in this Order shall preclude Midas from seeking further preliminary injunctive relief pending the trial of this matter, including issues pertaining to the use of Midas' proprietary software, R.O. Writer, and related documentation; and it is further

ORDERED that Midas shall serve a copy of this preliminary injunction on all defendants on or before December 22, 2005, at 5:00 p.m.

SO ORDERED.

Ernest C. Torres
Chief Judge, United States District Court

Dated: Providence, Rhode Island
December 21, 2005

364143_1.doc