UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION<br>Plaintiff,<br><br>-vs-<br><br>ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,<br><br>Defendants. | C.A. No. 05-504 T |

**CONSENT MOTION FOR EXTENSION**

Defendants Antonelli Holding Company, Christopher Antonelli and Cynthia Antonelli ("Defendants") hereby move for an extension of time, until March 3, 2006, to respond to Plaintiff Midas International Corporation's ("Midas") Verified Complaint and motion for preliminary injunction. The response is currently due on January 25, 2006. **Midas consents to this extension.** Defendants seek this extension, with Midas' concurrence, because the parties are attempting to resolve all the issues raised in the lawsuit and need the additional few weeks to do so.

Wherefore, Defendants respectfully request that they be given an extension until March 3, 2006.

Lawrence Goldberg /DAW

Lawrence Goldberg, #1491
92 Jefferson Blvd.
Warwick, RI 02888
Tel: 401-941-5770
Date: January 26, 2006

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2006, a true copy of the above document was served by hand delivery/~~first class U.S. mail, postage prepaid,~~ on the following:

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Lawrence Goldberg /o.m.

369428_1.doc