UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MIDAS INTERNATIONAL CORP.,

        Plaintiff,

v.                                                C.A. No. 05-504T

ANTONELLI HOLDING CO.,
CHRISTOPHER ANTONELLI, and
CYNTHIA ANTONELLI,

        Defendants.

<u>ORDER PASSING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AS MOOT</u>

Plaintiff Midas International Corp.'s Motion for Preliminary Injunction is hereby passed as moot. On December 22, 2005, by consent of the parties, the Court entered a preliminary injunction order addressing the same subject matter.

        By Order

        /s/ B. H.
        Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: 2/1/06