UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MIDAS INTERNATIONAL CORP.,

Plaintiff,

v.

C.A. No. 05-504T

ANTONELLI HOLDING CO.,
CHRISTOPHER ANTONELLI, and
CYNTHIA ANTONELLI,

Defendants.

ORDER PASSING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS MOOT

Plaintiff Midas International Corp.'s Motion for Preliminary Injunction is hereby passed as moot. On December 22, 2005, by consent of the parties, the Court entered a preliminary injunction order addressing the same subject matter.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/1/06