**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MIDAS INTERNATIONAL CORPORATION** | : | |
| | : | |
| **vs.** | : | **CA No.: 05-504 T** |
| | : | |
| **ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,** | : | |
| | : | |

**CONSENT MOTION FOR EXTENSION**

Defendants Antonelli Holding Company, Christopher Antonelli and Cynthia Antonelli ("Defendants") hereby move for an extension of time, until March 24, 2006, to respond to Plaintiff Midas International Corporation's ("Midas") Verified Complaint and Motion for Preliminary Injunction. The response is currently due March 3, 2006. **Midas consents to this extension.** Defendants seek this extension, with Midas' concurrence, because the parties are attempting to resolve all the issues raised in the lawsuit and need the additional few weeks to do so.

Wherefore, Defendants respectfully request that they be given an extension until March 24, 2006.

Defendants,
By their Attorney,
Lawrence L. Goldberg, By his Associate
Janelle A. Britto #6183

Lawrence L. Goldberg, Esq. (#1491)
92 Jefferson Blvd.
Warwick, Rhode Island 02888
(401)941-5770
Date: February 28, 2006

**CERTIFICATION**

I hereby certify that on this 28th day of February, 2006, a true copy of the within document was mailed first class pre-paid postage and faxed (351-4607) to David A. Wollin, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island, 02903.

[signature]