**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MIDAS INTERNATIONAL CORPORATION** | : | |
| | : | |
| vs. | : | **CA No.: 05-504 T** |
| | : | |
| **ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,** | : | |

## WITHDRAWAL STIPULATION

I, Lawrence L. Goldberg, Esquire hereby withdraw as counsel on behalf of the Defendants, Antonelli Holding Company, Christopher Antonelli and Cynthia Antonelli. Attorney Stephen A. Gordon, has entered his appearance on their behalf.

6/19/06

Lawrence L. Goldberg, Esq. (#1491)
92 Jefferson Blvd.
Warwick, Rhode Island 02888
(401)941-5770

## CERTIFICATION

I hereby certify that on this 19th day of June 2006, I mailed a true copy of the within withdrawal to David Wollin, Esq.,Adler Pollock & Sheehan, P.C.,One Citizens Plaza, 8th Floor, Providence, RI 02903