UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIDAS INTERNATIONAL CORPORATION )
)
Plaintiff, )
)
Vs. ) C.A. NO. 05-504 T
)
ANTONELLI HOLDING COMPANY, )
CHRISTOPHER ANTONELLI, and )
CYNTHIA ANTONELLI, )
)
Defendant. )
)

**ENTRY OF APPEARANCE**

NOW COMES Peter J. Furness, Esq. and the law firm of Brennan, Recupero, Cascione, Scungio & McAllister, LLP, and hereby enter their appearance on behalf of the Defendants in the above matter.

ANTONELLI HOLDING COMPANY,
CHRISTOPHER ANTONELLI and
CYNTHIA ANTONELLI

By their Attorneys,

BRENNAN, RECUPERO, CASCIONE,
SCUNGIO & McALLISTER, LLP

/s/ Peter J. Furness, Esq. (#3608)
362 Broadway
Providence, RI 02903
(401) 453-2300 phone
(401) 453-2345 fax

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, to the following this the 25th day of August, 2006:

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence L. Goldberg**
  mary@lg.necoxmail.com
- **David A. Wollin**
  dwollin@apslaw.com dciuffetelli@apslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Richard M. Gilbert
Adler Pollock & Sheehan, P.C.
175 Federal Street
Boston, MA 02110-2890

/s/ Peter J. Furness