UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION<br>Plaintiff,<br><br>-vs-<br><br>ANTONELLI HOLDING COMPANY, CHRISTOPHER ANTONELLI AND CYNTHIA ANTONELLI,<br><br>Defendants. | C.A. No. 05-504 T |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action, by and through their undersigned counsel, hereby dismiss this lawsuit with prejudice, no costs or fees to any party.

Respectfully submitted,

*/s/ David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

Richard M. Gilbert
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
(617) 482-0600
Fax: (617) 482-0604

*Attorneys for Plaintiff*
*Midas International Corporation*

Case 1:05-cv-00504-T-LDA Document 22 Filed 08/25/2006 Page 2 of 3

*/s/ Peter J. Furness*
Peter J. Furness, #3608
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909-5743
Tel: 401-453-2300
Fax: 401-453-2345
Date: August 25, 2006

*Attorney for Defendants*

ENTER: Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE: 9/13/2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Peter J. Furness, Esq.
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909-5743

/s/ *David A. Wollin*

*378083_1.doc*